Meng Zhong
Nevada Bar No. 12145
Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: mkotchkaalanes@LRRC.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company, | Case No.: 2:20-cv-00499 |
| Plaintiff, | **COMPLAINT** |
| v. | **(JURY DEMAND)** |
| Does 1-4, the owners and operators of veteranconsultingservice.com, | |
| Defendants. | |

Plaintiff JoshCo Tech, LLC ("JoshCo Tech") hereby states its complaint against Defendants Does 1-4, the owners and operators of veteranconsultingservice.com, as follows.[1]

## JURISDICTION AND VENUE

1. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the laws of the United States.

2. This Court has specific personal jurisdiction over Defendants because Defendants have engaged in tortious conduct in, or directed tortious conduct into, this judicial district and JoshCo Tech's claim arises out of Defendants' conduct in this judicial district. In addition, upon information and belief, through interactive websites accessible in Nevada, Defendants have actively solicited and sought to transact business with residents of Nevada through their interactive

---
[1] Once this action is commenced, Plaintiff intends to file a subpoena on the website registrar to obtain the true names and identities of Does 1-4. Plaintiff will amend its Complaint once it ascertains that information.

1

110636854.1

commercial website, veteranconsultingservice.com. Defendants' commercially interactive website also enables Nevada residents (and residents of this judicial district) to input contact information and interact with Defendants through interstate commerce. Defendants, on information and belief, have transacted business in this fashion with residents of Nevada and of this judicial district, and thus have purposefully availed themselves of the privileges and protections of the laws of the State of Nevada.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred here and Defendants are subject to personal jurisdiction in Nevada.

**PARTIES**

4. JoshCo Tech is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of the owners and operators of veteranconsultingservice.com are currently unknown to JoshCo Tech. Once JoshCo Tech learns of these other names through subpoenas, discovery and/or other means, JoshCo Tech will amend this complaint to state Defendants' true names and capacities.

**GENERAL ALLEGATIONS**

**Benefits from the Veterans Administration**

6. The Veterans Administration ("VA") provides benefits to qualifying military veterans.

7. To apply for VA benefits, the VA requires a veteran to complete and submit certain information on VA-provided forms depending on the veteran's symptoms or disabilities.

8. The VA maintains at least seventy different forms of which a veteran may be required to complete when applying for VA benefits.

9. The forms are long, tedious, and difficult to read and decipher, especially for disabled individuals, like those seeking benefits from the VA.

10. From the information provided in the forms and under the VA guidelines, the VA

2

110636854.1

determines the veteran's disability rating and issues, if any, corresponding benefits based on that rating.

### JoshCo Tech and its Copyrighted Forms

11. Joshua Smith ("Mr. Smith") is a former U.S. Marine who was previously employed at the VA to assign veteran disability ratings.

12. During his tenure at the VA, Mr. Smith discovered many inefficiencies in the way veteran disability ratings were assigned and witnessed firsthand how the VA's system to adjust veteran disability ratings was, more often than not, designed to work against veterans and the intended goals of the system.

13. These flaws generally lead to grossly lower veteran disability ratings, which in turn shortchange veterans from receiving the appropriate benefits that they deserve.

14. Mr. Smith eventually left the VA and began using his knowledge to help guide veterans who are either seeking VA benefits for the first time or seeking to increase their VA benefits.

15. Mr. Smith spent a significant amount of time and money to develop various technologies and intellectual properties, including but not limited to methodologies, practices, techniques, and processes, to collect, consolidate, and convey relevant client information and to evaluate client disabilities in order to increase client disability ratings under the VA guidelines.

16. The result of Mr. Smith's labors included the creation of copyrighted works ("mini-DBQs"), which synthesize and simplify information about the veteran's health, explain the information required by the VA to the veteran by way of textual explanations and accompanying art, and assist the veteran with efficiently and effectively applying for VA benefits or challenging an existing disability rating.

17. On September 28, 2018, a U.S. copyright registration for the mini-DBQs issued to Mr. Smith (Copyright Registration No. TX0008661036) ("Copyright Registration"). Attached hereto as Exhibit A is a true and accurate copy of the Copyright Registration.

18. Mr. Smith later assigned the Copyright Registration to his company, JoshCo Tech, and JoshCo Tech currently owns the Copyright Registration.

110636854.1

**Defendants' Infringing Acts**

19. Despite lacking a license to the Copyright Registration, and upon information and belief, Defendants created, reproduced, distributed, or published forms ("Infringing Forms") substantially similar to JoshCo Tech's mini-DBQs.

20. Defendants use the Infringing Forms to purportedly assist and guide veterans in seeking to increase their VA benefits, including veterans in Nevada.

21. Upon information and belief, Defendants DOES 1-4 instructed or approved the copying of JoshCo Tech's mini-DBQs despite knowing about the copyrighted mini-DBQs. As such, they were involved in and contributed to the copying and distribution of the Infringing Forms.

22. Upon information and belief, Defendants DOES 1-4 either personally engaged in infringement or were the moving, active conscious force behind infringement.

23. Upon information and belief, Defendants DOES 1-4, with knowledge of the infringing activity taking place, carried out, induced, caused, materially contributed to, assisted, or encouraged the infringing activity.

**Count I**
**(Direct Copyright Infringement, 17 U.S.C. § 501 *et seq.* against all Defendants)**

24. JoshCo Tech incorporates each of the foregoing allegations as if set forth fully herein.

25. JoshCo Tech owns a valid copyright registration for its mini-DBQs.

26. Defendants copied, created derivative works, and publicly distributed the Infringing Forms based on the mini-DBQs without authorization.

27. Upon information and belief, Defendants knew or should have known that their acts constituted copyright infringement.

28. Defendants' infringing conduct was willful within the meaning of the Copyright Act of 1976.

29. As a direct and proximate result of Defendants' conduct, JoshCo Tech has suffered, and absent injunctive relief will continue to suffer, irreparable injury.

30. JoshCo Tech is entitled to an award of actual or statutory damages for each instance of copyright infringement by Defendants plus attorney's fees and all associated costs.

## PRAYER FOR RELIEF

WHEREFORE, JoshCo Tech prays for the following relief:

A. Entry of a final judgment in its favor and against Defendants;

B. Entry of an order temporarily, preliminarily, and permanently enjoining Defendants from using JoshCo Tech's copyrighted mini-DBQs or substantial reproductions of the same;

C. Entry of an order awarding JoshCo Tech damages, pursuant to 15 U.S.C. § 504;

D. Enter judgment in favor of JoshCo Tech and against Defendants for JoshCo Tech's costs and attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505; and

E. Such other and further relief as the court deems just and equitable.

Dated this 11th day of March, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Meng Zhong
Nevada Bar No. 12145
Dale Kotchka-Alanes
Nevada Bar No. 13168
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: mkotchkaalanes@LRRC.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

110636854.1